

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

5:19-po-153-JLT

| United States of America, | Case/Citation No. 7570895 |
|---|---|
| Plaintiff, | **DEFENDANT'S REQUEST FOR WAIVER OF APPEARANCE, ORDER** |
| vs. | |
| Eric Williams, | |
| Defendant. | |

Defendant hereby requests a Court Order waiving his appearance at his hearing, scheduled for December 3, 2019 at 9:00 a.m. Defendant resides in Las Vegas, Nevada and it would be a financial hardship for him to travel to Bakersfield, California for the scheduled hearing. For this reason, it is in the interest of justice to waive his presence at the upcoming hearing.

Defendant hereby waives his presence at the hearing/arraignment on December 3, 2019 at 9:00 a.m. and requests the Court proceed during his absence and agree that his interest will be deemed the same as if he was personally present. The request is made pursuant to Fed. R. Crim. P. 43(b)(2).

Dated: _____    _____
Eric Williams, Defendant

Dated: 11-27-2019    _____
JOE W. WHITTINGTON
Attorney for Defendant

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on ~~June 4~~ 12/3, 2019.

Dated: 12/2/19    _____
U.S. MAGISTRATE JUDGE