

FILED

MAR 0 2 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Case/Citation No. 7570895
5:19-po-153-JU

United States of America,

Plaintiff,

vs.

Eric Williams,

Defendant.

**DEFENDANT'S REQUEST FOR WAIVER OF APPEARANCE, ORDER**

Defendant hereby requests a Court Order waiving his appearance at his hearing, scheduled for March 3, 2020 at 9:00 a.m. Defendant resides in Las Vegas, Nevada and it would be a financial hardship for him to travel to Bakersfield, California for the scheduled hearing. For this reason, it is in the interest of justice to waive his presence at the upcoming hearing.

Defendant hereby waives his presence at the hearing/arraignment on March 3, 2020 at 9:00 a.m. and requests the Court proceed during his absence and agree that his interest will be deemed the same as if he was personally present. The request is made pursuant to Fed. R. Crim. P. 43(b)(2).

Dated: 02-28-2020 .

Eric Williams, Defendant

Dated: 2/28/20

JOE W. WHITTINGTON
Attorney for Defendant

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on March 3, 2020.

Dated: ____3/2/2020____

Jennifer L. Thurston
U.S. MAGISTRATE JUDGE